98 A.3d 1191

IN THE MATTER OF ERIC M. WINSTON, AN ATTORNEY
AT LAW (ATTORNEY NO. 037822002).

October 1, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–047, concluding that **ERIC M. WINSTON** of **MANALAPAN,** who was admitted to the bar of this State in 2002, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ERIC M. WINSTON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.